**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

December 12, 2008

Writer's Direct Contact
212.468.8046
JAuspitz@mofo.com

By ECF

Magistrate Judge E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:   *In Re: American Home Mortgage Securities Litigation*, 2:07-md-01898-TCP-ETB

Dear Magistrate Judge Boyle:

On behalf of all parties, we write to request an adjournment of the initial scheduling conference in the above-captioned matter, pending resolution of Defendants' motions to dismiss. The initial scheduling conference is currently scheduled to be held before your Honor on Monday, December 15, 2008. We make this request for an adjournment with the consent of all parties.

On November 13, 2008, the parties filed a stipulation with Judge Platt, a copy of which is enclosed herewith. Pursuant to the stipulation, the parties agreed that Plaintiffs shall serve on Defendants an omnibus memorandum in opposition to Defendants' motions to dismiss by today, and Defendants shall serve on Plaintiffs their reply to Plaintiffs' opposition by January 23, 2009. The stipulation provided that the December 15, 2008, Initial Scheduling Conference before your Honor should be adjourned pending resolution of Defendants' motions to dismiss the Complaint.

ny-848659

MORRISON | FOERSTER

Magistrate Judge E. Thomas Boyle
December 12, 2008
Page Two

In light of the briefing schedule in this matter and pending resolution of Defendants' motions to dismiss, we respectfully request an adjournment of the initial scheduling conference currently scheduled for December 15, 2008.

Respectfully Submitted,

*[signature]*

Jack C. Auspitz

Enclosure

cc:   All counsel of record (by electronic mail)

ny-848659

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AMERICAN HOME MORTGAGE SECURITIES LITIGATION | ) 07-MD-1898 (TCP) )  ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) Electronically filed )  )  ) |

**[STIPULATION] AND PROPOSED SCHEDULING ORDER**

Lead Plaintiffs, the Teachers' Retirement System of Oklahoma ("Oklahoma Teachers") and the Oklahoma Police Pension and Retirement System ("Oklahoma Police"), and Plaintiffs Dana Marlin, Ilene Karol and Lindy Mika (collectively with Lead Plaintiffs, "Plaintiffs") and Defendants Michael Strauss, Stephen Hozie, Robert Bernstein, Michael A. McManus, Jr., C. Cathleen Raffaeli, Kristian R. Salovaara, Nicholas R. Marfino, Kenneth P. Slosser, Irving J. Thau, John A. Johnston, Citigroup Global Markets, Inc., Citigroup, Inc., Lehman Brothers, Inc., J.P. Morgan Chase & Co., Deutsche Bank Securities, Inc., Deutsche Bank AG, Stifel, Nicolaus & Company, Inc., Ryan Beck & Co., Inc. and Deloitte & Touche LLP (collectively, "Defendants")[1] by and through their respective undersigned counsel, hereby stipulate, subject to Court approval, as follows, concerning the schedule for briefing on Defendants' motions to dismiss the Consolidated Amended Class Action Complaint (the "Complaint").

## RECITALS

WHEREAS, on June 3, 2008, Plaintiffs filed the Complaint;

WHEREAS, on September 12, 2008, Defendants served on Plaintiffs seven motions to dismiss the Complaint;

WHEREAS, pursuant to the parties' Stipulation, so ordered by the Court on August 5, 2008, Plaintiffs' memoranda in opposition to Defendants' motions to dismiss are due to be served on Defendants by November 14, 2008 and Defendants' reply memoranda are due to be served on Plaintiffs by December 4, 2008;

WHEREAS, Plaintiffs require a brief extension of the time permitted to respond to Defendants' seven motions;

WHEREAS, Defendants have consented to Plaintiffs' request for an extension;

---

[1] One named defendant that has not appeared in this action has not joined in this Stipulation. Specifically, defendant Flagstone Securities LLC has not been served and appears to be defunct.

WHEREAS, there have been no previous extensions to Plaintiffs' time to oppose Defendants' motions to dismiss; and,

WHEREAS, pursuant to Magistrate Judge Boyle's October 8, 2008 Order, an Initial Scheduling Conference before Magistrate Judge Boyle is scheduled to be held on December 15, 2008;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, subject to the approval of the Court, as follows:

1. Plaintiffs shall serve on Defendants an omnibus memorandum in opposition to Defendants' motions to dismiss by December 12, 2008.

2. Defendants shall serve on Plaintiffs their memoranda in reply to Plaintiffs' opposition memoranda by January 23, 2009.

3. The December 15, 2008, Initial Scheduling Conference before Magistrate Judge Boyle is adjourned pending resolution of Defendants' motions to dismiss the Complaint.

**IT IS SO ORDERED**

DATED _____

_____
THE HONORABLE THOMAS C. PLATT
UNITED STATES DISTRICT JUDGE

DATED: November 13, 2008
             New York, New York

                                 Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Steven B. Singer
Steven B. Singer (SS-5212)
Avi Josefson
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: 212-554-1400
Facsimile: 212-554-1444

*Attorneys for Lead Plaintiffs and Co-Lead Counsel for the Class*

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block (JCB-0387)
Kathleen M. Donovan-Maher
Kristin Moody
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Attorneys for Lead Plaintiffs and Co-Lead Counsel for the Class*

**MURRAY, FRANK & SAILER LLP**
Marvin L. Frank (MF-1436)
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**SUSMAN HEFFNER & HURST LLP**
Arthur T. Susman
Matthew T. Heffner
Matthew T. Hurst

**SIMPSON THACHER & BARTLETT LLP**

By: /s/ Paul C. Curnin
Paul C.C urnin
David Elbaum
George P. Choundas
Mark D. Villaverde
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendant Michael Strauss*

**SKADDEN, ARPS, SLAPE, MEAGHER & FLOM**

By: /s/ Jay B. Kasner
Jay B. Kasner
Jeremy Berman
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendant Deloitte & Touche LLP*

**ALLEN & OVERY LLP**

By: /s/ Patricia M. Hynes
Patricia M. Hynes
Andrew Rhys Davies
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300

*Attorneys for Defendants Michael A. McManus, Jr., C. Cathleen Raffaeli, Kristian R. Salovaara, Nicholas R.*

Two First National Plaza, Suite 600
Chicago, Illinois 60603
Telephone: (312) 346-3466
Facsimile: (312) 346-2829

*Attorneys for Plaintiffs Marlin, Karol and Mika*

*Marfino, Kenneth P. Slosser, and Irving J. Thau*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ Brad S. Karp
Brad S. Karp
Charles E. Davidow
Joyce S. Huang
1285 Avenue of the Americas
New York, New York  10019
Tel:  (212) 373-3000
Fax: (212) 492-0007

*Attorneys for Defendants Citigroup Global Markets, Inc., Citigroup, Inc., Lehman Brothers, Inc., J.P. Morgan Chase & Co., Deutsche Bank Securities, Inc., Deutsche Bank AG, Stifel, Nicolaus & Company, Inc., Ryan Beck & Co., Inc.*

**MORRISON & FOERSTER LLP**

By:   /s/ Jack C. Auspitz
Jack C. Auspitz
Jamie A. Levitt
Sarah C. Rosell
1290 Avenue of the Americas
New York, NY 10104
Tel:  (212) 468-8000

*Attorneys for Defendant Stephen Hozie*

**LANKLER SIFFERT & WOHL**

By:   /s/ Frank H. Wohl
Frank H. Wohl
Deepa Rajan
500 Fifth Avenue, 33rd Floor
New York, NY 10110
Tel:  (212) 921-8399

*Attorneys for Defendant Robert Bernstein*

4

**GIBSON DUNN & CRUTCHER LLP**

By: <u>/s/ Marshall R. King</u>
Wesley G. Howell
Marshall R. King
Kenneth Juan Figueroa
200 Park Avenue, 48th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212)-351-4035

*Attorneys for Defendant John A. Johnston*

5